**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

HDI GLOBAL SE, f/k/a HDI-GERLING
INDUSTRIE VERSICHERUNG AG,

        Petitioner,

  v.

PHILLIPS 66 COMPANY,

        Respondent.

-----------------------------------------------------------------x

Civil Action No. 1:20-cv-631

**NOTICE OF PETITION TO VACATE ARBITRATION AWARD**

  **PLEASE TAKE NOTICE** that upon the annexed Petition, dated January 22, 2020, the accompanying Memorandum of Law and the Declaration of Michael A. Knoerzer and exhibits attached thereto, Petitioner HDI Global SE, f/k/a HDI-Gerling Industrie Versicherung AG, will petition the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an order pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. §§ 1-307, vacating the arbitral award issued on October 28, 2019 in an arbitration between Petitioner and Respondent.

Dated: New York, New York
    January 22, 2020

Respectfully submitted,

CLYDE & CO US LLP

By: _____
Michael A. Knoerzer
Thomas Carruthers
Alex Bein
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
T: (212) 710-3900
F: (212) 710-3950
Michael.Knoerzer@clydeco.us

*Attorneys for Petitioner*