```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HDI GLOBAL SE, f/k/a HDI-GERLING
INDUSTRIE VERSICHERUNG AG,

      Petitioner,

   -against-             20 Civ. 631 (RMB) (GWG)

PHILLIPS 66 COMPANY,         **INITIAL PRETRIAL**
                      **CONFERENCE**
                      **ORDER**

      Respondent.
-------------------------------------------------------------X

With respect to the above captioned matter, the Court directs as follows:

1. Counsel (or pro se litigants) are to appear for an initial pre-trial conference on **February 26, 2020 at 11:00 a.m.** in Courtroom 17B (17th floor), 500 Pearl Street, U.S. District Courthouse. Counsel are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, first floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's web-site at www.nysd.uscourts.gov.

2. Counsel for Petitioner (or Petitioner) is responsible for notifying all parties of the above date immediately.

3. In accordance with Rule 16 of the Federal Rules of Civil Procedure, counsel jointly should complete in advance of the conference a case management plan (form attached). Counsel should bring a copy of the completed case management plan to the conference.

4. In addition to the matters covered in the case management plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and other issues relevant to case management. **Counsel should also be prepared to discuss their efforts to settle the case.**

5. Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to the Court prior to this conference.

Dated: New York, New York
    January 27, 2020

                         _/s/ RMB_
                      **RICHARD M. BERMAN, U.S.D.J.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

                                Plaintiff(s),             **Case Management Plan**

      - v -                                              ___ Civ. _____ (RMB)

                                Defendant(s).
-----------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by _____

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

**SO ORDERED:**   New York, New York

                            _____

                                                          **Hon. Richard M. Berman, U.S.D.J.**