**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
HDI GLOBAL SE, f/k/a HDI-GERLING
INDUSTRIE VERSICHERUBG AG,

                            Petitioner,

                 -against-

PHILLIPS 66 COMPANY,

                          Respondent.
--------------------------------------------------------X      dave

20 **CIVIL** 631 (RMB)

JUDGMENT

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Decision and Order dated May 12, 2020, HDI'S Petition to vacate the Award
(Dkt. # 1) is denied and Phillips 66's Cross-Motion to confirm he Award (Dkt. # 18) is granted;
accordingly, this case is closed.

**Dated**: New York, New York
      May 13, 2020

                    RUBY J. KRAJICK
                  _____
                    **Clerk of Court**
**BY:**
                    **Deputy Clerk**