UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

HDI GLOBAL SE, f/k/a HDI-GERLING INDUSTRIE VERSICHERUNG AG,

                        Petitioner,

vs.

PHILLIPS 66 COMPANY,

                        Respondent.

------------------------------------------------------------------------x

1:20-cv-00631-RMB

**PETITIONER'S NOTICE OF APPEAL**

Notice is hereby given that Petitioner HDI Global SE, f/k/a HDI-Gerling Industrie Versicherung AG ("Petitioner") hereby appeals to the United States Court of Appeal for the Second Circuit from the Court's Decision and Order entered on May 12, 2020 (ECF No. 25) denying Petitioner's motion to vacate the Arbitration Award (ECF No. 1) and granting Respondent Phillips 66 Company's cross-motion to confirm the Arbitration Award (ECF No. 18).

Dated: New York, NY
         June 3, 2020

                                          Respectfully submitted,

                                          CLYDE & CO US LLP

                                          By:_____
                                             Michael A. Knoerzer
                                             405 Lexington Avenue
                                             New York, New York 10174
                                             T: (212) 710-3900
                                             F: (212) 710-3950
                                             Michael.Knoerzer@clydeco.us

                                             *Attorneys for Petitioner*